UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BILLIONAIRE MAFIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PHOENIX MEDIA PRODUCTIONS, INC., et al.<br><br>        Defendants. | 2:11-CV-00048-PMP-VCF<br><br>ORDER |

IT IS ORDERED that the Report and Recommendation of the Magistrate Judge Cam Ferenbach (Doc. #19) is AFFIRMED and that this action is hereby DISMISSED.

DATED: December 17, 2012

_____
PHILIP M. PRO
United States District Judge