UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BILLIONAIRE MAFIA, LLC, | |
| Plaintiff, | |
| v. | 2:11-CV-00048-PMP-VCF |
| PHOENIX MEDIA PRODUCTIONS, INC., et al. | ORDER |
| Defendants. | |

IT IS ORDERED that the Report and Recommendation of the Magistrate Judge Cam Ferenbach (Doc. #19) is AFFIRMED and that this action is hereby DISMISSED.

DATED: December 17, 2012

_____
PHILIP M. PRO
United States District Judge